People v Rios (2024 NY Slip Op 05034)

People v Rios

2024 NY Slip Op 05034

Decided on October 10, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 10, 2024

Before: Kern, J.P., Oing, Kennedy, Higgitt, Michael, JJ. 

SCI No. 3612N/17 Appeal No. 2778 Case No. 2018-1949 

[*1]The People of the State of New York, Respondent,
v
Elizabeth Rios, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Laura Boyd of counsel), for appellant.

Judgment, Supreme Court, New York County (Steven Antignani, J.), rendered September 20, 2017, convicting defendant, upon her plea of guilty, of criminal possession of a controlled substance in the seventh degree, and sentencing her to time served, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the mandatory surcharge and fee imposed at sentencing, and otherwise affirmed. 
Based on our own interest of justice powers, we vacate the mandatory surcharge and fee imposed on defendant at sentencing (see People v Chirinos, 190 AD3d 434 [1st Dept 2021]). We note that the People do not oppose this relief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 10, 2024